IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWARD M. LANGFORD,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>AMERITANZ, INC., et al.,  )<br>  )<br>       Defendants.  )<br>_____ ) | CV F 05-1271 AWI DLB<br><br>ORDER VACATING<br>MARCH 20, 2006 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

     Defendants' motion for transfer of venue has been set for hearing in this case on March 20, 2006. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 20, 2006, is VACATED, and the parties shall not appear at that time. As of March 20, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **March 14, 2006**                          /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE