Shannon M. Treynor, Esq., *Pro Hac Vice*
63 North Main Street
P.O. Box 735
London, Ohio 43140
(740) 845-1889
(740) 845-2919 FAX
Attorney for Defendants Ameritanx, Inc and James Arnott

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Duward M. Langford, | Case No. 1:05-CV-01271-AWI- DLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING LEAVE TO FILE A LATE REPLY** |
| Ameritanx, Inc., et al., | |
| Defendants. | (Document #17) |
| _____/ | |

Defendants, James Arnott and Ameritanx, Inc. filed a motion for leave to file a reply brief out of time.   Defendants contend that they have arguments they wish the court to consider.  Defendants state that they had planned to present these arguments at oral argument. Pursuant to Defendants 'request, Defendants are granted leave to file a reply memorandum out of the time proscribed by Local Rule 78-230(d).   Defendants shall file their reply brief by March 24, 2006.

IT IS SO ORDERED.

**Dated:    March 21, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE