JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff, Counter Defendant DUWARD M. LANGFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWARD M. LANGFORD; | ) No: 05 CV 01271 AWI DLB |
| | ) |
| | ) SETTLEMENT AGREEMENT |
| | ) AND ORDER DISMISSING CASE |
| Plaintiff, | ) |
| vs. | ) |
| AMERITANX, INC.; JAMES ARNOTT; DOES 1-10; | ) |
| Defendants. | ) |
| AND RELATED CROSS-ACTION | ) |

**I. PARTIES AND RECITALS**

This Stipulated Settlement Agreement (hereafter referred to as "the Agreement") is entered into by Plaintiff, Duward M. Langford, and Defendants, Counterclaimants Ameritanx, Inc. and James Arnott (hereafter referred to as "the parties".)

THIS AGREEMENT is made in consideration of the mutual promises and releases set forth herein.

WHEREAS, the parties desire to fully and finally settle all legal claims set forth in the pleadings of the above captioned case and to avoid further protracted and costly litigation,  the parties

1

1 enter into the following agreement:

## II. SETTLEMENT TERMS

1. Plaintiff agrees that approval by the Court of this Agreement and Order shall effect dismissal of the Complaint filed in Tulare County Superior Court on August 18, 2005, against all Defendants with prejudice.

2. Defendants, counterclaimants Ameritanx, Inc. and James Arnott agree that approval by the Court of this Agreement and Order shall effect dismissal of the Counterclaim filed on September 26, 2006 against all Counterdefendants with prejudice.

3. The parties agree that each party shall bear their own attorney fees and costs associated with the above captioned court case.

## II. NO ADMISSION OF LIABILITY

This Agreement and compliance with this Agreement shall not be construed as an admission by any party of any liability or any violations of rights by law, statute duty, or contract and any such claimed liability is specifically disclaimed by all parties whose signature appears on this Agreement.

## III. BINDING EFFECT

This Agreement shall be binding upon the parties and upon their heirs, administrators, representatives, executors, successors, and assigns.

///
///
///
///
///

2

## IV.   EFFECTIVE DATE

This Agreement shall be effective the date it is signed subject to approval by the Court unless a later date is provided for in the Court's order.

Respectfully submitted,

Dated: <u>March 27, 2007</u>     <u>/s/ James C. Holland</u>
                                James C. Holland, Attorney for
                                Plaintiff DUWARD M. LANGFORD


Dated: <u>March 28, 2007</u>     <u>/s/ Shannon M. Treynor</u>
                                Shannon Traynor, Attorney for
                                Defendants AMERITANX, INC.,
                                JAMES ARNOTT

///

///


ORDER

IT IS SO ORDERED.

**Dated:   <u>March 30, 2007</u>**          <u>**/s/ Anthony W. Ishii**</u>
0m8i78                                  UNITED STATES DISTRICT JUDGE

3